# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2014

150292 & (12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRET FRANCIS PREECE,
      Defendant-Appellant.

SC: 150292
COA: 322542
Saginaw CC: 12-036998-FH

_____/

On order of the Court, the motion to expedite is GRANTED. The application for leave to appeal the August 27, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Saginaw Circuit Court, and we REMAND this case to the trial court for resentencing. The trial court's disagreement with the guidelines range for the defendant's offense is not a substantial and compelling reason for an upward departure. On remand, the trial court shall sentence the defendant within the appropriate sentencing guidelines range, or articulate on the record a substantial and compelling reason for departing from the sentencing guidelines range in accordance with *People v Babcock*, 469 Mich 247 (2003).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2014

t1125



Clerk